360 A.2d 651
COMMONWEALTH
v.
BUSH, Appellant.

Submitted March 24, 1975. Douglas Riblet, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Hugh J. Colihan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 634
COMMONWEALTH
v.
CHOICE, Appellant.

Submitted February 9, 1976. Thomas F. Dirvonas, and Bensinger and Pentz, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.